STATE OF NEW JERSEY v. BARRY WHITTLE.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. SHIRLEY GAY MATCHETT.

June 12, 1975. Petition for certification denied.

CENTRAL REGIONAL EDUCATION ASSOCIATION v. BOARD OF EDUCATION OF THE CENTRAL REGIONAL HIGH SCHOOL DISTRICT.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY HAMMONDS.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY LOUIS MARCHITTO, JR.

June 12, 1975. Petition for certification denied. (See 132 N. J. Super. 511).

STATE OF NEW JERSEY v. ERNEST JOHNSON.

June 12, 1975. Petition for certification denied.